# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00009-CV

### Ali Mohandesi and Erika Dahl-Stamnes, Appellants

### v.

### Ryan McCarley, Appellee

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-18-006514, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Ali Mohandesi and Erika Dahl-Stamnes have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

 

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellants' Motion

Filed: August 17, 2021